■ FREDERICK D. LUDWIG, Appellant, v GARY A. BRINK, Appellant, and TOWN OF MOUNT MORRIS, Respondent. [669 NYS2d 116] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Cicoria, J. (Appeals from Order of Supreme Court, Livingston County, Cicoria, J.— Dismiss Complaint.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.